```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CATHARINE BOSTON,

                              Plaintiff,

            -against-

J.C. PENNY CORPORATION, INC.,

                              Defendant.

-----------------------------------------------------------------X

**19-CV-984 (KHP)**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        In light of this case having been stayed on May 23, 2020 (doc. no 34) the Settlement Conference previously scheduled for **July 23, 2020** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:      New York, New York
                  July 8, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge