```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CATHARINE BOSTON,

                            Plaintiff,                                  **19-CV-984 (KHP)**

            -against-                                     **ORDER**

J.C. PENNY CORPORATION, INC.,

                            Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This case was stayed on May 23, 2020 in light of a pending bankruptcy action and the parties were directed to file a joint status letter by August 20, 2020. (ECF No. 34.) In light of the stay, the Court also adjourned, sine die, the Settlement Conference scheduled for July 23, 2020. However, the parties failed to file a status letter as directed by the Court.

       Therefore, the parties are hereby ORDERED to file a joint status letter by **Wednesday, May 5, 2021** including the status of the bankruptcy action.

       **SO ORDERED.**

DATED:    New York, New York
              April 21, 2021

                                                     _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge