USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Catherine Boston,

          Plaintiff,

-against-

J.C. Penney Corporation, Inc.,

          Defendant.

**ORDER**

**19-CV-984 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, this action will be dismissed without costs (including attorneys' fees) to either party on **Monday, June 13, 2022,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before Monday, June 13, 2022; any request filed thereafter may be denied solely on that basis.**

**SO ORDERED.**

Dated: New York, New York
       April 12, 2022

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge