```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Catherine Boston,

        Plaintiff,

-against-

J.C. Penney Corporation, Inc.,

        Defendant.

**ORDER**

**19-CV-984 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, and in light of the fact that no party has requested that this action not be dismiss, this action is dismissed without costs (including attorneys' fees) to either party.

The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: New York, New York
       August 17, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge